[No. 11548-4-II. Division Two. May 24, 1989.]

JOHN D. GARDNER, *Respondent*, v. STIG JOHANNESSEN, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 86-2-01066-8, Robert L. Charette, J., entered October 20, 1987. *Affirmed* by unpublished opinion per Reed, J., concurred in by Alexander, C.J., and Worswick, J.

[No. 11128-4-II. Division Two. May 24, 1989.]

METLIFE CAPITAL CREDIT CORPORATION, *Respondent*, v. PAUL E. VALENTINE LOGGING AND CONSTRUCTION, INC., *Defendant*, PAUL E. VALENTINE, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 84-2-00943-4, David E. Foscue, J., entered June 8, 1987. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, C.J., and Reed, J.

[No. 9649-1-III. Division Three. May 25, 1989.]

JACKIE LUCAS, *Appellant*, v. JOHN JACKS, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 86-2-01087-9, William J. Grant, J., entered December 17, 1987. *Reversed* by unpublished opinion per Shields, J., concurred in by Thompson, C.J., and Green, J.